## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Patricia Trumbull<br>U.S. Magistrate Judge | RE: | Heidi Slorp |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR07-70354 |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

<u>Laura Weigel</u>                                                          <u>408-535-5230</u>
U.S. Pretrial Services Officer                                   TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[initialed] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[initialed] Modification(s)

A. The defendant shall not consume alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription

B. The defendant shall submit to random urinalysis at the direction of Pretrial Services; and

C. The defendant shall participate in substance abuse and/or mental health counseling at the direction of Pretrial Services.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐   Other Instructions:

_Patricia V. Trumbull_                                          _9/6/07_
JUDICIAL OFFICER                                              DATE

Cover Sheet (12/03/02)