1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
3  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
4
   Attorney for Plaintiff
5  United States of America

6      150 Almaden Blvd., Suite 900
       San Jose, California  95113
7      Telephone: (408)  535-5065
       Fax: (408) 535-5066
8      Email: carlos.singh@usdoj.gov

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12
   UNITED STATES OF AMERICA,    )    Complaint No. 07-70354–PVT
13                              )
               Plaintiff,       )
14                              )    MOTION TO DISMISS COMPLAINT
          v.                    )    AND ORDER
15                              )
   HEIDI SLORP,                 )
16                              )
               Defendant.       )
17 _____)

18      At an October 25, 2007 hearing before Magistrate Judge Richard Seeborg, the

19 government announced that it would move to dismiss the complaint against Heidi Slorp.  The

20 government hereby formally moves to dismiss the criminal complaint against Heidi Slorp

21 without prejudice.

22                              Respectfully submitted,

23                              SCOTT N. SCHOOLS
                                United States Attorney
24
                                      /s/
25
   October 28, 2007              CARLOS SINGH
26                               Assistant United States Attorney

27 **SO ORDERED.**

28                               _____
                                 RICHARD SEEBORG
   October ___, 2007             United States Magistrate Judge