1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
3  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
4
   Attorney for Plaintiff
5  United States of America

6  150 Almaden Blvd., Suite 900
   San Jose, California  95113
7  Telephone: (408) 535-5065
   Fax: (408) 535-5066
8  Email: carlos.singh@usdoj.gov

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12
   UNITED STATES OF AMERICA,   )   Complaint No. 07-70354–PVT
13                             )
              Plaintiff,       )
14                             )   MOTION TO DISMISS COMPLAINT
        v.                     )   AND ORDER
15                             )
   HEIDI SLORP,                )
16                             )
              Defendant.       )
17 _____)

18      At an October 25, 2007 hearing before Magistrate Judge Richard Seeborg, the
19 government announced that it would move to dismiss the complaint against Heidi Slorp.  The
20 government hereby formally moves to dismiss the criminal complaint against Heidi Slorp
21 without prejudice.

22                                  Respectfully submitted,

23                                  SCOTT N. SCHOOLS
                                    United States Attorney
24
                                    /s/
25
   October 28, 2007                 CARLOS SINGH
26                                  Assistant United States Attorney

27 **SO ORDERED.**

28  November 6,
    ~~October~~ ___, 2007           _____
                                    RICHARD SEEBORG
                                    United States Magistrate Judge